UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TAMA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: |
| | ) |
| HEART OF CARDON, LLC | ) |
| d/b/a SOLARBRON TERRACE, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Tama Jones ("Jones"), by counsel, against Defendant, Heart of Cardon, LLC d/b/a Solarbron Terrace ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et. seq.*

### II. PARTIES

2. Jones is a resident of the United States and the State of Indiana.

3. Defendant is a corporation that maintains offices and conducts business in the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331 and 42 U.S.C. §2000e-5(f)(3).

5. Defendant is an "employer" as that term is defined 42 U.S.C. §2000e(b).

6. At all times relevant to this action, Jones was an "employee" as that term is defined by 42 U.S.C. §2000e(f).

7. Jones exhausted her administrative remedies by timely filing a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission and files this complaint within ninety (90) days of receipt of her Notice of Right to Sue.

8. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; therefore, venue is proper in this Court.

## IV. FACTUAL ALLEGATIONS

9. Jones, who is Black, was hired by the Defendant on June 1, 2021 as a Staffing Coordinator.

10. At all times relevant, Jones met or exceeded Defendant's legitimate performance expectations.

11. On or about November 10, 2021, Jones met with Lisa Langely, Human Resources representative (Caucasian) and Debbie Morgan, Executive Director (Caucasian). Debbie informed Jones that Barb Stantz, the Human Resource Consultant (Caucasian) said Jones was not a good fit for her role. They informed Jones she would no longer be working as the Staffing Coordinator and demoted her to a role in Central Supply that did not offer full-time hours.

12. Prior to this demotion, Defendant had not issued her any discipline or discussed any concerns regarding Jones' performance.

13. A Caucasian, Tawana LaForrest, was given Jones' position.

14. Following her demotion, Jones reported that she believed her demotion was discriminatory. However, Defendant continued treating Jones worse than similarly-situated Caucasian employees and/or employees who have not engaged in any protected activity.

15. In May 2022, Jones was constructively discharged from employment. The reason given for her termination is pretext for discrimination on the basis of her race and/or in retaliation for having engaged in a protected activity.

16. Similarly-situated Caucasian employees have been treated more favorably, including Melanie (LNU).

## V. Legal Allegations

### Count I – Race Discrimination

17. Paragraphs one (1) through sixteen (16) of Jones' Complaint are hereby incorporated.

18. Defendant violated Jones' rights and discriminated against her based on her race by demoting her, by subjecting them to a hostile work environment, and by constructively discharging her.

19. Defendant's actions were intentional, willful and in reckless disregard of Jones' rights as protected by Title VII.

20. Jones has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

## COUNT II – RETALIATION

21. Paragraphs one (1) through twenty (20) of Jones' Complaint are hereby incorporated.

22. Defendant violated Jones rights by retaliating against her for engaging in a protected activity.

23. Defendant's actions were intentional, willful and in reckless disregard of Jones' rights as protected by Title VII.

24. Jones has suffered and continues to suffer harm as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Tama Jones, by counsel, respectfully requests that this Court find for Plaintiff and:

1. Reinstate Plaintiff to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful employment actions, or award her front pay in lieu thereof;

2. Pay Plaintiff's lost wages and benefits;

3. Pay to Plaintiff compensatory damages, damages for emotional distress and payment of uncovered medical bills and/or insurance premiums;

4. Pay to Plaintiff punitive damages;

5. Pay to Plaintiff pre- and post-judgment interest;

6. Pay Plaintiff's costs and attorney fees incurred in litigating this action; and,

7. Provide any further equitable relief this Court sees fit to grant.

          Respectfully submitted

          /s/ Lauren E. Berger_____
          Lauren E. Berger, Atty. No. 29826-19
          BIESECKER DUTKANYCH & MACER, LLC
          411 Main Street
          Evansville, IN 47708
          Telephone:  (812) 424-1000
          Facsimile:   (812) 424-1005
          Email:        lberger@bdlegal.com

*Attorneys for Plaintiff, Tama Jones*

## **DEMAND FOR JURY TRIAL**

The Plaintiff, Tama Jones, by counsel, respectfully requests a jury trial for all issues deemed triable by jury.

Respectfully submitted,

/s/ Lauren E. Berger
Lauren E. Berger, Atty. No. 29826-19
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN 47708
Telephone:   (812) 424-1000
Facsimile:   (812) 424-1005
Email:         lberger@bdlegal.com

*Attorneys for Plaintiff, Tama Jones*